## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Schatzki v. Weiser Capital Management, LLC       Docket No.: 14-1849cv

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: James J. Mahon

Firm: Lawler Mahon & Rooney LLP

Address: 36 W. 44th St., Suite 1416

Telephone: 212-584-2990       Fax: 212-584-2991

E-mail: james.mahon@lmrnylaw.com

Appearance for: Debra Schatzki and BPP Wealth, Inc.
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Albert K. Lawler/Lawler Mahon & Rooney LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ James J. Mahon

Type or Print Name: James J. Mahon