UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

BPP WEALTH, INC., DEBRA SCHATZKI,

    Plaintiffs - Counter-Defendants - Appellees - Cross Appellants,

v.

WEISER CAPITAL MANAGEMENT, LLC, HOITSZ MICHEL, AKA CARIJN,

    Defendants - Counter-Claimants - Third Party Plaintiffs - Appellants - Cross Appellees,

WEISERMAZARS, LLP,

    Defendant - Counter-Claimant - Third Party Plaintiff,

v.

BRIAN S. EDELMAN, FINANCIAL COMPUTER SERVICES, INC., EBIX, INC.,

    Third-Party Defendants.

Docket Numbers: 14-1848; 14-1849

STIPULATION

---

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED by and between the undersigned counsel for the parties, that the parties will file a deferred appendix pursuant to Federal Rule of Appellate Procedure 30(c).

Date: August 27, 2014

| | |
|---|---|
| STARK & STARK, P.C.<br>By: _____/s/_____<br>  SCOTT I. UNGER, ESQ.<br>  993 Lenox Drive, Building 2<br>  Lawrenceville, NJ 08648<br>  (609) 219-7417<br>  *Attorneys for Defendants -*<br>  *Appellants - Cross-Appellees* | LAWLER MAHON & ROONEY, LLP<br>By: _____<br>  JAMES J. MAHON, ESQ.<br>  36 West 44th Street, Suite 1416<br>  New York, NY 10036<br>  (212) 584-2990<br>  *Attorneys for Plaintiffs - Appellees -*<br>  *Cross-Appellants* |

-1-