# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of August, two thousand and fourteen.

_____

BPP Wealth, Inc., Debra Schatzki,

    Plaintiffs-Counter-Defendants - Appellees - Cross Appellants,

v.

Weiser Capital Management, LLC, Hoitsz Michel, AKA Carijn,

    Defendants - Counter-Claimants - Third Party Plaintiffs - Appellants - Cross Appellees,

Weisermazars, LLP,

    Defendant-Counter-Claimant - Third Party Plaintiff,

v.

Brian S. Edelman, Financial Computer Services, Inc., Ebix, Inc.,

    Third-Party-Defendants.

_____

**ORDER**
Docket No. 14-1848 (L);
14-1849 (XAP)

The parties stipulate to proceed using a deferred appendix under Federal Rule of Appellate Procedure 30(c).

IT IS HEREBY ORDERED that the stipulation is SO ORDERED.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

